192 So. 420
### THOMAS v. STATE.
#### 6 Div. 503.

Supreme Court of Alabama.
Dec. 7, 1939.

562

L. E. Rogers, of Birmingham, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

GARDNER, Justice.

Defendant's conviction was for murder in the second degree, with penalty of fifty years imprisonment in the penitentiary.

The appeal is on the record proper, with no bill of exceptions. The record is free from error, and the judgment of conviction is due to be affirmed.

Affirmed.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.